UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RIGOBERTO MARTINEZ,                 )    CASE NO. CV 14-3342-ODW (PJW)
                                    )
              Petitioner,           )
                                    )    J U D G M E N T
         v.                         )
                                    )
MARTIN BITER, WARDEN,               )
                                    )
              Respondent.           )
_____ )

     Pursuant to the Order Accepting Report and Adopting Findings,
Conclusions, and Recommendations of United States Magistrate Judge,
     IT IS ADJUDGED that the Petition is denied and this action is
dismissed with prejudice.

     DATED:    January 12, 2015 .


                              _____
                              OTIS D. WRIGHT, II
                              UNITED STATES DISTRICT JUDGE




C:\Users\jyerke\AppData\Local\Temp\notesC7A056\Judgment.wpd